FLORENCE SCHWARTZ, Respondent, v. HAROLD J. SCHWARTZ, Appellant.— Order amending final judgment of divorce affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

JOSEPH W. WALSH, Respondent, v. IRENE WALSH, Appellant.— Order setting aside the verdict of the jury unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

MABEL E. WILLIAMS, Respondent, v. TRI-STATE DISCOUNT COMPANY, INC., Appellant, and HOWARD KISSLING and JOHN BECKER, Respondents.— Judgments of the City Court of White Plains unanimously affirmed, with costs in favor of plaintiff and a separate bill of costs in favor of the impleaded defendants. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

MARY WILLINS, Appellant, v. THE CARLETON COMPANY, INC., Respondent.— Order denying leave to serve amended complaint reversed on the law and the facts, without costs, and motion granted to the extent of permitting service of amended complaint; date of issue to remain as of original date, with leave to defendant to serve an amended answer, if so advised, within twenty days after service of amended complaint; and in all other respects, motion denied, without costs. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

ELIZABETH G. EAST, Respondent, v. WILLIAM V. EAST, Appellant.— Motion for stay granted on condition that appellant perfect the appeal for Monday, March sixth (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JAMES A. KEATING, Respondent, v. MEYER AUERBACH and ADDIE AUERBACH, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

BERTHA ST. ANDRASSY and ARTHUR ST. ANDRASSY, Respondents, v. JAMES D. MOONEY, Appellant, and JACK SEIGEL, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.